UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 6:19-CR-42-REW-HAI |
| v. | ) | ORDER |
| CLARENCE MAJOR, III, | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition (DE 41) of United States Magistrate Judge Hanly A. Ingram, addressing Defendant's guilty plea as to Counts Three and Four of the Superseding Indictment (DE 12). DE 40 (Minutes). Defendant appeared before Judge Ingram on January 9, 2020. *Id.* After consenting to plead before a United States Magistrate Judge (DE 38) and engaging in the full colloquy required by Rule 11, he proceeded to plead guilty. DE DE 41. Judge Ingram found Defendant competent to plead and that Defendant did so in a knowing and voluntary fashion; he further found that an adequate factual basis supported the plea as to each essential element of the charged offense. *Id.* Accordingly, Judge Ingram recommended that the Court accept Defendant's plea and adjudge him guilty of the offenses charged in Counts Three and Four of the Superseding Indictment. *Id.*

Defendant had three days within which to object to Judge Ingram's recommendation, and he has not done so. Nor has the United States objected. While this Court reviews *de novo* those portions of a Recommended Disposition to which a party objects, *see* 28 U.S.C. § 636(b)(1), it is not required to "review . . . a magistrate[] [judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct.

466, 472 (1985). When the parties do not object to the Magistrate Judge's recommended disposition, they waive any right to review. *See* Fed. R. Crim. P. 59(b); *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits his right to appeal its adoption).

The Court thus **ADOPTS** the Recommended Disposition (DE 41), accepts the plea, and **ADJUDGES** Defendant guilty of Counts Three and Four of the Superseding Indictment. Given the guilty adjudication and Major's concession of forfeitability regarding the DE 12-identified property per the plea agreement (*see* DE 39 ¶ 10), the Court provisionally **FINDS** that Defendant has an interest in such property and preliminarily **ORDERS** Defendant's interest in such property **FORFEITED** pursuant to 21 U.S.C. § 853. Per Criminal Rule 32.2, and absent pre-judgment objection, "the preliminary forfeiture order becomes final as to" Defendant at sentencing. Fed. R. Crim. P. 32.2(b)(4)(A). The Court will further address forfeiture at that time. *See id.* at (b)(4)(B).

The Court further **CANCELS** the jury trial (previously continued generally) as to Major. An Order scheduling Defendant's sentencing will follow. Major's custodial status, per the record, remains as detained.

This the 16th day of January, 2020.

Signed By:
*Robert E. Wier*  REW
United States District Judge